**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRAVEL CADDY, INC. D/B/A TRAVELON, an Illinois corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BAGGALLINI, INC., an Ohio corporation,<br><br>    Defendant. | Civil Action No. 1:15-cv-_____<br><br>The Honorable _____<br><br>Magistrate Judge _____<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Travel Caddy, Inc. d/b/a Travelon ("Travelon") complains against Defendant Baggallini, Inc. follows:

**THE PARTIES**

1. Travelon is a corporation incorporated under the laws of the State of Illinois with its principal place of business at 700 Touhy Avenue, Elk Grove Village, Illinois. Travelon is a leading provider of travel products and accessories.

2. Defendant Baggallini, Inc. ("Baggallini") is a corporation incorporated under the laws of the State of Ohio with a principal place of business at 13405 Yarmouth Road NW, Pickerington, Ohio. Baggallini transacts business in the State of Illinois and within this District. Baggallini conducts business in Illinois and in this District including, without limitation, by marketing, offering for sale and selling a wide range of travel bags, handbags, cosmetic bags, and related products to customers and stores in this District and throughout Illinois. The

business activities of Baggallini include promoting, offering for sale and selling products to consumers in Illinois and in this District through its interactive website at www.Baggallini.com.

## JURISDICTION AND VENUE

3. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Venue lies in this District pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b) because Baggallini is subject to personal jurisdiction in this District, has regularly conducted business in this District and has committed acts of infringement in this District.

## FIRST CAUSE OF ACTION – INFRINGEMENT OF THE '486 PATENT

5. On May 9, 2006, U.S. Patent No. 7,040,486 ("the '486 patent") entitled, "COSMETIC AND UTILITY KIT" was duly and legally issued on an application filed on June 17, 2003. Travelon currently owns all right, title and interest in and to the '486 patent. A copy of the '486 patent is appended as Exhibit A.

6. Baggallini has been and is infringing the '486 patent by making, using, offering to sell, selling and/or importing cosmetic kits incorporating the inventions patented in the '486 patent within the United States and within this District and by contributing to the infringement by others and/or by inducing others to infringe the '486 patent. Baggallini's infringing products include the Baggallini Full Cosmetic Kit Style # FCS660 shown in the photographs in Exhibit B hereto. Unless enjoined by the Court, Baggallini will continue to infringe, contribute to the infringement of and/or induce the infringement of the '486 patent.

7. Baggallini's direct infringement of the '486 patent, and/or inducement of or contribution to the infringement of others, has injured Travelon, and Travelon is entitled to recover damages adequate to compensate for such infringement pursuant to 35 U.S.C. § 284.

8. The infringement by Baggallini will continue to injure Travelon unless the Court enters an injunction prohibiting further infringement of the '486 patent.

### PRAYER FOR RELIEF

WHEREFORE, Travelon prays for:

1. Judgment that the '486 patent is valid, enforceable, and infringed by Baggallini;

2. A preliminary and permanent injunction enjoining Baggallini, its officers, agents, servants, employees, subsidiaries and affiliated companies, and those persons acting in active concert or participation therewith, from engaging in the aforesaid unlawful acts of patent infringement;

3. An award of damages arising out of Baggallini's acts of patent infringement, together with pre-judgment and post-judgment interest;

4. An award of Travelon's attorneys' fees, costs and expenses incurred in this action in accordance with 35 U.S.C. § 285; and

5. Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Travelon demands trial by jury of all issues triable of right by a jury.

Respectfully submitted,

Date:   August 21, 2015          /s/Vance L. Liebman

Vance L. Liebman
Glenn A. Rice
Jeffrey D. Shelley
Funkhouser Vegosen Liebman & Dunn Ltd.
55 West Monroe, Suite 2300
Chicago, Illinois  60603
Telephone: (312) 701-6800
Facsimile: (312) 701-6801

Nancy R. Gamburd
Gamburd Law Group LLC
22 West Washington St., Suite 1500
Chicago, Illinois  60602
Telephone: (312) 399-9332
Facsimile: (312) 276-4176

***Counsel for Plaintiff Travel Caddy, Inc. d/b/a Travelon***